**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1910

THERESA SPARROW,

Plaintiff - Appellant,

versus

MICHAEL J. ASTRUE,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. William A. Webb, Magistrate Judge. (4:05-cv-00150-WW)

Submitted: July 25, 2007          Decided: August 10, 2007

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brian M. Ricci, EDWARDS & RICCI, PA, Greenville, North Carolina, for Appellant. George E.B. Holding, United States Attorney, Anne M. Hayes, Joshua B. Royster, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theresa Sparrow appeals the order of the magistrate judge upholding the denial of disability insurance benefits.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. <u>Sparrow v. Astrue</u>, No. 4:05-cv-00150-WW (E.D.N.C. Aug. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The parties consented to the exercise of jurisdiction by the magistrate judge.